| | |
|---|---|
| 1 | **COX, WOOTTON, GRIFFIN, HANSEN & POULOS, LLP** |
| 2 | Gregory W. Poulos (SBN 88390) |
|   | Marc A. Centor (SBN 252011) |
| 3 | 190 The Embarcadero |
|   | San Francisco, California 94105 |
| 4 | Telephone No.:  (415) 438-4600 |
|   | Facsimile No.:  (415) 438-4601 |
| 5 | |
| 6 | **McKASSON & KLEIN, LLP** |
|   | Neil Klein (SBN142734) |
| 7 | Michaël Fischer (SBN 202543) |
|   | 2211 Michelson Drive, Suite 320 |
| 8 | Irvine, CA 92612 |
|   | Tel:  (949) 724-0200 |
| 9 | Fax:  (949) 724-0201 |
|   | neilk@mckassonklein.com |
| 10 | mfischer@mckassonklein.com |
| 11 | Attorneys for Plaintiff |
|    | Valerie Shipping Inc. |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALERIE SHIPPING INC., | ) | Case No.:  CV01531-RSWL |
|  | ) |  |
| Plaintiff, | ) | **DECLARATION OF MAX LEE KELLEY IN SUPPORT OF ISSUANCE OF PROCESS FOR MARITIME ATTACHMENT AND GARNISHMENT OF DEFENDANT'S PROPERTY** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| KOREA LINE SINGAPORE PTE, LTD. | ) | **[F.R.C.P. SUPPLEMENTAL ADMIRALTY RULE B]** |
|  | ) |  |
| Defendant. | ) |  |
| _____ | ) |  |

Declaration of  Max Lee Kelly in Support of  Issuance of Process of Maritime Attachment

I, MAX LEE KELLEY, declare as follows:

1. I am an attorney at law licensed to practice before this Court and am an Associate with the law firm of Cox, Wootton, Griffin, Hansen & Poulos, LLP, attorneys for Plaintiff VALERIE SHIPPING INC. ("Valerie" or "Plaintiff") in this matter. I have personal knowledge of the facts set forth below and, if called upon to testify as a witness, could testify competently thereto.

I submit this declaration in support of Plaintiff's request for the issuance of Process of Maritime Attachment and Garnishment of property of Defendant KOREA SHIPPING SINGAPORE PTE LTD. ("Korea Shipping" or "Defendant"), which is a foreign corporation, including, without limitation the vessel BLUE JADE and all of its equipment, stores, goods, oils, machinery, provisions and appurtenances, pursuant to the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claim and Asset Forfeiture Actions, Rule B and the local Rules of this Court for Admiralty and Maritime Claims.

2. Upon information and belief, by maritime contract of charter dated June 27, 2008 Plaintiff time chartered the vessel *M/V VALERIE* ("the Vessel") to Defendant.

3. Upon information and belief, certain disputes have arisen between Plaintiff and Defendant relating to Defendant's performance under the Charterparty. These disputes include a failure by Korea Shipping to pay charter hire on the vessel, damages arising from a stow plan, the improper deductions from the charter hire and wrong calculations on bunker prices. The total amount of the claims of Valerie Shipping are $699,561.81 together with interest thereon, attorneys fees and the costs of arbitration in London.

4. Upon information and belief, despite due demand, Defendant has failed to pay or otherwise secure Plaintiff's damages.

-2-
Declaration of Max Lee Kelly in Support of Issuance of Process of Maritime Attachment

-3-

5. Upon information and belief, at all material times, Defendant was and is now a foreign company organized under the laws of the Republic of Singapore with its principal place of business located at 43-01, Hong Leong Building, 16, Raffles Quay, Singapore 048581.

6. On February 18, 2011 I conducted a search of the records of the California Secretary of State, Division of Corporations, telephone books, including the Yellow Pages, and a general Internet search.

7. In my search, I did not find any listing, reference, or registration as to the Defendant in this judicial District or the State of California.

8. Exhibit "A" are copies of my searches with the California Secretary of State, Division of Corporations.

9. In these circumstances, I believe that Defendant, KOREA SHIPPING SINGAPORE PTE LTD. cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty or Maritime Claims of the Federal Rules of Civil Procedure.

Executed this 18th day of February, 2011, at San Francisco, California. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

By: ___/s/ Max L. Kelley_____

Max L. Kelley