# EXHIBIT A



**Secretary of State**   Administration   Elections   **Business Programs**   Political Reform   Archives   Registries

**Business Entities (BE)**

Online Services
  - **Business Search**
  - **Disclosure Search**
  - **E-File Statements**
  - **Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies &
status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
  - **Business Resources**
  - **Tax Information**
  - **Starting A Business**
  - **International Business
    Relations Program**

**Customer Alert**
(misleading business
solicitations)

## Business Search - Results

Data is updated weekly and is current as of Friday, February 11, 2011. It is not a complete or certified record of the entity.

- *Select an entity name below to view additional information.* Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Results of search for " KOREA LINE " returned no entity records.

Record not found.

**Modify Search**   **New Search**

**Privacy Statement** | **Free Document Readers**

Copyright © 2011   California Secretary of State

# California Secretary of State Debra Bowen

| Secretary of State | Administration | Elections | Business Programs | Political Reform | Archives | Registries |

**Business Entities (BE)**

Online Services
 - Business Search
 - Disclosure Search
 - E-File Statements
 - Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies &
 status reports)

Service of Process

FAQs

Contact Information

Resources
 - Business Resources
 - Tax Information
 - Starting A Business
 - International Business
   Relations Program

Customer Alert
(misleading business
 solicitations)

## Business Search - Results

Data is updated weekly and is current as of Friday, February 11, 2011. It is not a complete or certified record of the entity.

- *Select an entity name below to view additional information.* Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Results of search for " KOREA LINE SINGAPORE " returned no entity records.

Record not found.

**Modify Search**   **New Search**

**Privacy Statement** | **Free Document Readers**

Copyright © 2011   California Secretary of State

### California Secretary of State Debra Bowen

**Secretary of State** | Administration | Elections | Business Programs | Political Reform | Archives | Registries

**Business Entities (BE)**

Online Services
- Business Search
- Disclosure Search
- E-File Statements
- Processing Times

Main Page

Service Options

Name Availability

Forms, Samples & Fees

Annual/Biennial Statements

Filing Tips

Information Requests
(certificates, copies & status reports)

Service of Process

FAQs

Contact Information

Resources
- Business Resources
- Tax Information
- Starting A Business
- International Business Relations Program

Customer Alert
(misleading business solicitations)

## Business Search - Results

Data is updated weekly and is current as of Friday, February 11, 2011. It is not a complete or certified record of the entity.

- *Select an entity name below to view additional information.* Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Results of search for " KOREA LINE SINGAPORE PTE LTD. " returned no entity records.

Record not found.

**Modify Search**   **New Search**

**Privacy Statement** | **Free Document Readers**

Copyright © 2011   California Secretary of State